## UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE  03301-3941

**OFFICE OF THE CLERK**  
  James R. Starr  
  Clerk of Court

Telephone  
603-225-1423

March 4, 2008

Clerk  
U.S. District Court  
1 Courthouse Way  
Boston, MA 02110

Re:    <u>NH Case No.:  Criminal No. 96-CR-146-01-SM, US v. Frank Merlino</u>  
            <u>Criminal No. 97-CR-10-01-SM, US v. Frank Merlino</u>  
            <u>Criminal No. 97-CR-67-01-SM, US v. Frank Merlino</u>

      <u>Your Case No.:   08CR10.03.9</u>

The above case has been transferred to your jurisdiction pursuant to a Transfer of Jurisdiction.

We enclose the following items:

      Certified copy of the docket sheet  
      Certified copies of file documents: Probation 22 Transfer of Jurisdiction, Informations, Indictment and Judgments.

There is an outstanding special assessment and restitution obligation.  A copy of the ledger is enclosed.

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

James R. Starr, Clerk

By:  <u>/s/ Janice G. Bushold</u>  
      Janice G. Bushold  
      Deputy Clerk

Enclosures

cc:    Bjorn R. Lange  
       Jennifer Davis  
       Financial Administrator